**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, TX 75024
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
*Counsel for RP On-Site, LLC*

**\*\*Designated Attorney for Personal Service\*\***
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSA KHALIL,<br><br>            Plaintiff,<br><br>v.<br><br>RP ON-SITE, LLC,<br><br>            Defendant. | Case No. 2:21-cv-01059-GMN-BNW<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT RP ON-SITE, LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Rosa Khalil ("Plaintiff") and Defendant RP On-Site, LLC ("On-Site"), by and through their respective counsel, file this Joint Motion Extending Defendant On-Site's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On June 4, 2021, Plaintiff filed her Complaint. The current deadline for On-Site to answer or otherwise respond to Plaintiff's Complaint is June 29, 2021. On-Site's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

Plaintiff has agreed to extend the deadline in which On-Site has to answer or otherwise respond to Plaintiff's Complaint up to and including July 20, 2021. This is the first motion for extension of time for On-Site to respond to Plaintiff's Complaint.

Dated this 28th day of June 2021.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
**JENNIFER BERGH**
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
*Counsel for RP On-Site, LLC*

**PRICE LAW GROUP, APC**

*/s/ Steven A. Alpert*
**STEVEN A. ALPERT**
Nevada Bar No. 8353
5940 Rainbow Boulevard
Las Vegas, NV 89118
(702) 794-2008
(866) 401-1457 Fax
alpert@pricelawgroup.com
*Counsel for Plaintiff*

## ORDER

The Joint Motion for Extension of Time for RP On-Site, LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated July 2, 2021.

**UNITED STATES MAGISTRATE JUDGE**

5065124.1

2